UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Phoenix Insurance Company,<br><br>    Plaintiffs,<br><br><br>vs.<br><br>Amazon.com, Inc.<br><br>Zhejiang SAFUN Industrial Co., Ltd d/b/a Soyus<br><br>    Defendants. | Court File No.:<br><br><br>**Complaint** |

## JURISDICTION & VENUE

1.      Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

2.      Venue is proper within this jurisdiction pursuant to 28 U.S.C. § 122 because the situs of the incident occurred in Gardner, Massachusetts.

## PARTIES

3.      Travelers Insurance Company is the underwriting company for Plaintiff The Phoenix Insurance Company ("Phoenix") and is licensed to do business and sell insurance in Massachusetts.

4.      Phoenix is an insurance company underwritten by Travelers and incorporated under the laws of Connecticut.  Phoenix is licensed to do business and sell insurance in the State of Massachusetts, and has its principal place of business in Hartford, Connecticut

5.      Defendant, Amazon.com, Inc. ("Amazon"), is a Delaware corporation with its principal place of business located at 410 Terry Avenue North, Seattle, Washington.  Its

1

registered agent for service of process in the State of Washington is Corporation Service Company, 300 Deschutes Way SW Ste 208 Mc-Csc1, Tumwater, WA, 98501, United States.

6.      Upon information and belief, Defendant Zhejiang Safun Industrial Co., Ltd ("Soyus") is a foreign manufacturer that does business under the trademark name Soyus. Soyus has a United States address located at 8950 SW 74th Ct, Suite 1804, Miami, FL 33156.

7.      The subrogor, Cheryl and Darrell Slack ("Slacks") are residents of the Commonwealth of Massachusetts and own the property at 25 Westford St., Gardner, MA 01440 ("the Property").

**FACTS**

8.      At all times relevant, Phoenix issued a policy of insurance to the Slacks which provided amongst other items, coverage for damage to the Property.

9.      Soyus manufacturers the Soyus Electric Lawn Mowers Cordless ("mower") and its attendant charging batteries.

10.      The Slacks purchased the mower and attendant charging batteries on Amazon prior to the loss.

11.      That on or about June 16, 2024, Slacks were charging the mower's batteries in the basement of the Property.

12.      That while the mower's batteries were charging, the batteries caught fire and caused significant damage to the Property.

13.      Pursuant to the terms and condition of its respective insurance policy, Phoenix was obligated to and did pay a total amount in excess of $75,000.00 to or on behalf of the Slacks for damages incurred as a result of the fire.

**COUNT ONE – NEGLIGENCE vs. SOYUS**

2

14.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 13 as it specifically sets forth herein.

15.     At all relevant times, Soyus owed Phoenix a duty to exercise reasonable skill and care in manufacturing the Soyus lawn mower and attendant batteries.

16.     Soyus owed Phoenix a duty of care to ensure that the Soyus mower and batteries were of adequate safety and quality.

17.     Soyus breached that duty of care by manufacturing defective mower batteries, which caused the fire.

18.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

19.     Phoenix states the fire was caused by the negligence and carelessness of Soyus.

20.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Soyus's breach which was the direct and proximate cause of the fire.

### COUNT TWO – BREACH OF EXPRESSED CONTRACT vs. SOYUS

21.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 20 as it specifically sets forth herein.

22.     Soyus breached its express contract with the Slacks against the sale of the defective batteries resulting in damage to the Property.

3

23.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

24.     Phoenix states the fire was caused by the negligence, carelessness, and breach of expressed contract of Soyus.

25.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Soyus's breach which was the direct and proximate cause of the fire.

## COUNT THREE – BREACH OF IMPLIED CONTRACT vs. SOYUS

26.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 25 as it specifically sets forth herein.

27.     Soyus breached its implied contract with the Slacks against the sale of the defective batteries resulting in damage to the Property.

28.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

29.     Phoenix states the fire was caused by the negligence, carelessness, and breach of implied contract of Soyus.

30.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Soyus's breach which was the direct and proximate cause of the fire.

## COUNT FOUR – BREACH OF EXPRESSED WARRANTY vs. SOYUS

31.    Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 30 as it specifically sets forth herein.

32.    Soyus breached its express warranty against the sale of the defective batteries which were unfit for their intended use, resulting in damage to the Property.

33.    Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

34.    Phoenix states the fire was caused by the negligence, carelessness, and breach of expressed warranty of Soyus.

35.    Phoenix paid and sustained damages in excess of $75,000.00 as a result of Soyus's breach which was the direct and proximate cause of the fire.

## COUNT FIVE – BREACH OF IMPLIED WARRANTY vs. SOYUS

36.    Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 35 as it specifically sets forth herein.

37.    Phoenix states the fire at the Property was caused by a defect in the mower's attendant batteries resulting in damage to the Property and a breach of the implied warranty.

38.    Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

39.     Phoenix states the fire was caused by the negligence, carelessness, and breach of implied warranty of Soyus.

40.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Soyus's breach which was the direct and proximate cause of the fire.

### COUNT SIX – NEGLIGENCE vs. AMAZON

41.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 47 as it specifically sets forth herein.

42.     At all relevant times, Amazon owed Phoenix a duty to exercise reasonable skill and care in selling the Soyus lawn mower and attendant batteries.

43.     Amazon owed Phoenix a duty of care to ensure that the Soyus mower and batteries were of adequate safety and quality.

44.     Amazon breached that duty of care by selling defective mower batteries, which caused the fire.

45.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

46.     Phoenix states the fire was caused by the negligence and carelessness of Amazon.

47.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Amazon's breach which was the direct and proximate cause of the fire.

6

## COUNT SEVEN – BREACH OF EXPRESSED WARRANTY vs. AMAZON

48.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 54 as it specifically sets forth herein.

49.     Amazon breached its express warranty against the sale of the defective mower and attendant batteries which were unfit for their intended use, resulting in damage to the Property.

50.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

51.     Phoenix states the fire was caused by the negligence, carelessness, and breach of expressed warranty of Amazon.

52.     Phoenix paid and sustained damages in excess of $75,000.00 as a result of Amazon's breach which was the direct and proximate cause of the fire.

## COUNT EIGHT – BREACH OF IMPLIED WARRANTY vs. AMAZON

53.     Phoenix hereby re-alleges each and every allegation contained within paragraphs 1 through 59 as it specifically sets forth herein.

54.     Phoenix states the fire at the Property was caused by a defect in the mower's attendant batteries resulting in damage to the Property and a breach of the implied warranty.

55.     Pursuant to the terms and conditions of the insurance policy and applicable Massachusetts law, Phoenix now stands subrogated to the rights and causes of action of the

7

Slacks, the subrogor, to the extent of payments made to and/or on behalf of each and asserts its subrogation rights through this Complaint.

56. Phoenix states the fire was caused by the negligence, carelessness, and breach of implied warranty of Amazon.

57. Phoenix paid and sustained damages in excess of $75,000.00 as a result of Amazon's breach which was the direct and proximate cause of the fire.

WHEREFORE, Plaintiffs pray for judgment against Defendants, jointly and severally, in an amount in excess of $75,000.00, together with costs and disbursements herein, prejudgment interest, and such other and further relief as the Court deems just and equitable. Plaintiffs request a trial by Jury.

Respectfully submitted,
Phoenix Insurance Company,
By its attorneys,

/s/ Diana D. O'Hara
Diana D. O'Hara, BBO# 642384
do@nesubro.com
**Parenteau & O'Hara, P.C.**
1661 Worcester Road, Suite 204
Framingham, MA  01701
(508) 232-6267

Date: 11/24/25

8